UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACMETEL USA LLC,

        Plaintiff,

v.

PTGi INTERNATIONAL CARRIER
SERVICES, INC.,

        Defendant.

Case No. 1:23-cv-11027-LJL

Hon. Lewis J. Liman

---

## STIPULATED JUDGMENT

**WHEREAS**, Plaintiff Acmetel USA LLC ("Plaintiff") filed its Amended Complaint (Doc. 21) against Defendant PTGi International Carrier Services, Inc. ("Defendant") on February 26, 2024;

**WHEREAS**, Defendant filed its Amended Answer and Affirmative Defenses to the Amended Complaint (Doc. 27) on March 27, 2024; and

**WHEREAS**, Plaintiff and Defendant, through their undersigned counsel of record, have reached an agreement for the resolution of this civil action;

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and **Defendant:**

1. This Court has jurisdiction to enter a stipulated consent judgment.

2. Each of the above recitals of this Stipulated Judgment is acknowledged, adopted, affirmed, and incorporated hereby with the same force and effect as if set forth at length herein.

3. A judgment shall be entered in favor of Plaintiff and against Defendant in the amount of $6,727,272.98 with interest to accrue thereon from the date hereof at the legal rate of judgment.

4. All claims, defenses, and counterclaims, whether asserted or unasserted, in this civil action are hereby resolved.

5. Defendant hereby agrees to the transcribing and entry of Judgment in all State or Federal courts in jurisdictions where Defendant's assets may be located or where necessary to enforce the Judgment.

6. Each signatory represents that he is fully and legally authorized to enter into the terms and conditions of this Stipulated Judgment and to bind the Party on whose behalf he signs.

7. Each party is to bear its own costs.

Dated: April 23, 2024

| | |
|---|---|
| **HODGSON RUSS LLP**<br>*Attorneys for Plaintiff*<br><br>By_____<br>Joseph P. Goldberg<br>Joshua Feinstein<br>605 Third Avenue, Suite 2300<br>New York, New York 10158<br>Telephone: (646) 218-7615<br>*jgoldber@hodgsonruss.com*<br>*jfeinste@hodgsonruss.com* | **HOLLAND & KNIGHT LLP**<br>*Attorneys for Defendant*<br><br>By_____<br>Frank Morreale<br>Anthony F. Pirraglia<br>31 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 513-3887<br>*Frank.Morreale@hklaw.com*<br>*Anthony.Pirraglia@hklaw.com* |

DATE: April 23, 2024
SO ORDERED:

_____
Hon. Lewis J. Liman, U.S.D.J.